JONATHAN HOWELL (SBN 251576)
Pocrass & De Los Reyes, LLP
1875 Century Park East, Suite 1750
Los Angeles, CA 90067
Telephone: 310-550-9050
Facsimile: 310-550-9051
Email: jonathan@pocrass.com

Attorney for Plaintiff
Gary Zsupnik

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
RICHARD M. PARK (SBN 236173)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-3275
    Fax: (213) 894-7819
    Email: richard.park@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARY ZSUPNIK,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 18-7911 DMG (GJSx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br>Honorable Dolly M. Gee<br>United States District Judge |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Gary Zsupnik and Defendant, United States of America, by and through their respective attorneys, that the above-captioned action shall be dismissed in its entirety with prejudice pursuant to a settlement between the parties. Each party shall bear his, her or its own attorney's fees, costs and expenses.

DATED: January 31, 2019

        /s/ Jonathan Howell
JONATHAN HOWELL
Attorney for Plaintiff
Gary Zsupnik

DATED: January 31, 2019

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


        /s/ Richard Park
RICHARD M. PARK
Assistant United States Attorney

Attorneys for Defendant
United States of America

1                      <u>ATTESTATION UNDER LOCAL RULES 5-4.3.4</u>

2      I, Richard Park, am the ECF User whose ID and password are being

3 used to file this Stipulation for Dismissal with Prejudice. In

4 compliance with Local Rules 5-4.3.4(a)(2), I hereby attest that

5 Jonathan Howell has concurred in this filing.

6 DATED: January 31, 2019

7                                               /s/ Richard Park

8                                               RICHARD M. PARK
                                              Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28