UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARY ZSUPNIK,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.: CV 18-7911-DMG (GJSx)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE [16]** |

Having reviewed the parties' Stipulation for Dismissal with Prejudice and good cause having been shown:

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED THAT the parties shall bear their own attorney's fees, costs and expenses.

DATED: February 5, 2019　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE